IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARCUS WILLIAMS, # K-66931, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 17-cv-501-MJR |
| JASON GARNETT,[1] | ) |
| Defendant. | ) |

# JUDGMENT IN A CIVIL CASE

This action came before the Court, Chief District Judge Michael J. Reagan, and the following decision was reached:

**JUDGMENT IS HEREBY ENTERED AGAINST** Plaintiff and **IN FAVOR OF** Defendant. Plaintiff shall recover nothing, and the action is **DISMISSED on the merits with prejudice,** the parties to bear their own costs. This dismissal shall count as one of Plaintiff's three allotted "strikes" under 28 U.S.C. § 1915(g).

**DATED**: August 11, 2017

JUSTINE FLANAGAN, ACTING CLERK

By: **s/ Tammy McMannis**
Deputy Clerk

APPROVED: **s/ Michael J. Reagan**
Michael J. Reagan, Chief Judge
United States District Court

---

[1] Defendant Jason Garnett was dismissed from the action without prejudice in the Court's threshold order of June 28, 2017, along with the other Defendants named in the original Complaint. (Doc. 6).